# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-0484
_____

SHAYE M. ACKELSBERG and
FRANCES OGDEN,

   Appellants,

   v.

DONNA MINDREBO,

   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

December 11, 2023


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Nathan D. Clark of Coral Reef Law Offices, P.A., Pensacola, for Appellants.

Lisa S. Minshew of Lisa S. Minshew, P.A, Pensacola, for Appellee.